UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

WILLIAM HUGH WILSON,

          Defendant.
_____/

**Hon. Paul L. Maloney**

**U.S. District Judge**

**Case No. 1:17-cr-060**

## DEFENDANT WILLIAM HUGH WILSON'S MOTION FOR VARIANCE

**NOW COMES** the Defendant William Hugh Wilson, by and through his attorney, Geoffrey Upshaw, and respectfully moves this Honorable Court to grant a variance when sentencing the defendant. The reasons which support the Motion are set forth in the attached Brief.

          Respectfully submitted,

Dated: October 10, 2017         /s/ Geoffrey Upshaw
         Geoffrey Upshaw
         Attorney for William Hugh Wilson
         429 Turner Ave. NW
         Grand Rapids, MI 49504
         Telephone: (616) 356-5088