# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| | | |
|---|---|---|
| **USA v.** William Hugh Wilson | | **DISTRICT JUDGE:** Paul L. Maloney |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:17-cr-60 | 10/18/2017 | 10:09 a.m. - 10:36 a.m. | Kalamazoo | |

## APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Alexis M. Sanford | Geoffrey Upshaw | CJA Appointment |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment: <br> __ mute __ nolo contendre <br> __ not guilty __ guilty <br> __ Final Pretrial Conference <br> __ Detention (waived __) <br> __ Motion Hearing <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> ✓ Sentencing <br> __ Trial <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of Indictment <br> __ Other: _____ <br><br> Court to Issue: <br> __ Order of Detention <br> __ Notice of Sentencing <br> __ Order Appointing Counsel <br> __ Other: _____ | Charging Document: <br> __ Read __ Reading Waived <br> Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br><br> __ Presentence Report Ordered <br> __ Presentence Report Waived <br> __ Plea Accepted by the Court <br> __ Plea Taken under Advisement <br> __ No Written Plea Agreement |

## SENTENCING

| | |
|---|---|
| Imprisonment: 204 months <br> Probation: n/a <br> Supervised Release: 5 years <br> Fine: $ 0.00 <br> Restitution: $ 0.00 <br> Special Assessment: $ 100.00 | Plea Agreement Accepted: ✓ Yes __ No <br> Defendant informed of right to appeal: ✓ Yes __ No <br> Counsel informed of obligation to file appeal: ✓ Yes __ No <br> Conviction Information: <br> Date: 6/1/2017 <br> By: Plea <br> As to Count (s): 1 of the Indictment |

**ADDITIONAL INFORMATION:**
Counts 2, 3, and the forfeiture allegation are dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |